

**JOSHUA S. KINCANNON, ESQ.**

T:  732.855.6141
F:  732.726.6541
jkincannon@wilentz.com

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
732.636.8000

January 6, 2021

<u>Via ECF</u>
Honorable Douglas E. Arpert, USMJ
United States District Court
District of New Jersey
402 E State Street
Trenton, NJ 08608

      RE:    *Stephanie Oglesby v. Ethicon, Inc., et al.*
               District of New Jersey, No. 3:18-cv-16079-FLW-DEA

              *Charlotte Manuel v. Ethicon, Inc., et al.*
               District of New Jersey, No. 3:20-cv-15459 FLW-DEA

Dear Judge Arpert:

      The undersigned represents Plaintiff, Charlotte Manuel, in her hernia mesh lawsuit against Ethicon, Inc. and Johnson & Johnson, which is currently pending in the District of New Jersey, Case No. 3:20-cv-15459. As this Court has previously ordered that all similarly situated Ethicon hernia mesh cases in the District of New Jersey may be consolidated under the *Oglesby* docket, and pursuant to Your Honor's recent directive, Plaintiff hereby requests consolidation of this matter. Plaintiff has conferred with counsel for Defendants and they do not object.

      Plaintiff attaches here a copy of the proposed Order consolidating this case into the *Oglesby* docket. Both this letter and the attached proposed Order specific to the *Manuel* case have been filed on the *Oglesby* docket. Plaintiffs respectfully request the Court enter the draft Order in both the *Manuel* and *Oglesby* dockets.

January 6, 2021
Page 2

Respectfully submitted,

*/s/ Joshua S. Kincannon*

Joshua S. Kincannon

JSK/jk/mm
Enclosure

cc: David R. Kott, Esquire (via ECF)
    Kelly S. Crawford, Esquire (via ECF)

#11942842.1